UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLINTON STRANGE | CIVIL ACTION NO. 18–0295 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CARNIVAL CORPORATION | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion to Dismiss (Record Document 31) filed by the defendant, Carnival Corporation, be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 20th day of March, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT